IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARION HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-187 |
| | ) | |
| THE GEORGIA DEPARTMENT OF | ) | |
| HUMAN SERVICES; GOVERNOR BRIAN | ) | |
| KEMP; MARTY KEMP; CANDICE L. | ) | |
| BROCE; JASON BROCE; RINDI | ) | |
| HARBESON DASHER; WILL DASHER; | ) | |
| BARBRA RICHERDSON BURNS; WILLIE | ) | |
| BURNS; PAM FLORENCE; WALTON | ) | |
| "CHIP" HARDIN; BRIAN BAILEY; TINA | ) | |
| BAILEY; WILLIAM "BILL" DOUPE; and | ) | |
| KIT DOUPE, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 25th day of September, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA